UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER WILTON OVERALL, | Case No. 1:17-cv-00510 |
| Plaintiff, | Judge: Joan B. Gottschall |
| v. | Magistrate Judge: Jeffrey T. Gilbert |
| VERDE ENERGY USA, INC., | |
| Defendant. | |

## NOTICE OF MOTION

TO: *All Parties of Record*

**PLEASE TAKE NOTICE** that on **March 1, 2017 at 9:30 a.m.**, or as soon thereafter as this Motion may be heard, I shall appear before the Honorable Judge Joan B. Gottschall or any Judge sitting in his/her stead in Courtroom 2325, in the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, 60604, and then and there present, **UNOPPOSED MOTION FOR ENLARGEMENT OF TIME,** a copy of which is served upon you.

HINSHAW & CULBERTSON LLP

David M. Schultz
HINSHAW & CULBERTSON LLP
222 North LaSalle Street, Suite 300
Chicago, Illinois 60601
312/704-3000
312/704-3001 – facsimile
dschultz@hinshawlaw.com

s/ *David M. Schultz*
David M. Schultz

131641718v1 3072

## **CERTIFICATE OF SERVICE**

      I, David M. Schultz, an attorney, certify that on February 23, 2017, I shall cause to be served a copy of **NOTICE OF MOTION and UNOPPOSED MOTION FOR ENLARGEMENT OF TIME,** upon the above-named individual(s) by: depositing same in the U.S. Mail box at 222 North LaSalle Street, Chicago, Illinois 60601, prior to 5:00 p.m., postage prepaid; messenger delivery; UPS; facsimile transmitted from (312) 704-3001; email; and/or electronically via the Case Management/Electronic Case Filing system ("ECF"), as indicated below.

☒ ECF
☐ Facsimile
☐ UPS
☐ U.S. Mail
☐ E-Mail
☐ Messenger Delivery


s/ *David M. Schultz*
David M. Schultz