# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
# ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| CHRISTOPHER WILTON OVERALL, | |
| Plaintiff, | Case No. 1:17-cv-00510 |
| v. | Judge: Joan B. Gottschall |
| VERDE ENERGY USA, INC., | Magistrate Judge: Jeffrey T. Gilbert |
| Defendant. | |

APPEARANCE(S) ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR: VERDE ENERGY USA, INC.

| |
|---|
| NAME: Brittney N. Cato |
| SIGNATURE: s/ *Brittney N. Cato* |
| FIRM: HINSHAW & CULBERTSON LLP |
| STREET ADDRESS 222 North LaSalle Street, Suite 300 |
| CITY/STATE/ZIP Chicago, Illinois 60601-1081 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6323715 | 312/704-3000 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☒ |

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? YES ☐ NO ☒

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐

## **CERTIFICATE OF SERVICE**

  I hereby certify that on **February 23, 2017,** I electronically filed the forgoing **APPEARANCE** with the Clerk of the U.S. District Court, using the CM/ECF system reflecting service of to be served upon all parties of record.

                 s/ *Brittney N. Cato*
                 Brittney N. Cato